GO11-26(b)/ LC    / 86

## IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN AND WESTERN DISTRICTS OF ARKANSAS

| | |
|---|---|
| IN RE: Joseph Gilbert Dodson and Elizabeth Anne Dobson | CASE NO: 4:10-bk-18000 E |
| | Chapter 13 |

### CHAPTER 13 ORDER OF COMPENSATION
### FOR ADDITIONAL SERVICES

Before the court is the Application for Compensation for Additional Services filed by the debtor's counsel, STEPHEN W PARKER, on 01/18/2011 for additional services and/or costs. The court finds that the application should be, and hereby is, approved. The Trustee is directed to pay the amount of $78.00 pursuant to 11 U.S.C. § 1326.

IT IS SO ORDERED.

Date: 04/04/2011

/s/ Audrey R. Evans

Audrey R. Evans
U.S. Bankruptcy Judge

Approved by:

/s/ Mark T. McCarty

Mark T. McCarty
Standing Chapter 13 Trustee

Comments:

MOD 1/18/11